# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEN LAWRENCE GREEN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00768-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF<br><br>(ECF No. 19) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may file a responsive brief to Plaintiff's opening brief in support of whether the Court should affirm, modify, or reverse a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits. 42 U.S.C. 405(g); Fed. R. Civ. P. Supp. Soc. Sec. R. 5. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **December 26, 2025**, to file a responsive brief. The scheduling order (ECF No. 9) otherwise remains controlling.

IT IS SO ORDERED.

Dated:   **November 24, 2025**

STANLEY A. BOONE
United States Magistrate Judge