# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEN LAWRENCE GREEN, | Case No. 1:25-cv-00768-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 24) |

On February 4, 2026, the parties filed a stipulation for the payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d).  (ECF No. 24.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of SEVEN THOUSAND THREE HUNDRED ONE AND 50/100 ($7,301.50) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **February 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1